**IT IS ORDERED as set forth below:**

**Date: September 25, 2026**

**Paul Baisier**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**GREGORY JAMES LATTIMORE,**<br><br>Debtor. | CASE NUMBER<br>**26-60729-PMB**<br><br>CHAPTER 13 |
| **SFR XII ATL OWNER 4 LP,**<br><br>Movant,<br>v.<br><br>**GREGORY JAMES LATTIMORE,**<br><br>Respondent. | CONTESTED MATTER |

**ORDER DENYING MOTION FOR RELIEF FROM STAY**

On September 4, 2026, SFR XII ATL Owner 4 LP (the "Movant") filed a *Motion for Relief from Stay* (Docket No. 24)(the "Motion"). In the Motion, the Movant states that it is the landlord of the above-named debtor (the "Debtor") for the property located at 5418 Milling Court, Powder Springs, Georgia 30127 (the "Property"), and seeks relief from the automatic stay to proceed with

a dispossessory action against the Debtor. The Motion came on for hearing before the Court on September 24, 2026 (the "Hearing"). The Debtor, who is *pro se*, and counsel for the Movant appeared at the Hearing and elaborated their positions. In light of the foregoing, and based on the record, it is hereby

**ORDERED** that the Debtor shall pay the monthly rent for September 2026 on or before **October 1, 2026**. It is further

**ORDERED** that the Debtor shall pay the monthly rent for October 2026 on or before **October 15, 2026**. It is further

**ORDERED** that the Debtor shall make the monthly rent payments under the lease of the Property, commencing with the one due **November 1, 2026**, on or before the first day of each month for a period of twelve (12) months. It is further

**ORDERED** that in the event the Debtor fails to timely make any rent payment as required herein, the Movant may file a Notice of Default based upon such default. It is further

**ORDERED** that upon the filing of such Notice of Default, if the Debtor fails to respond to the Notice of Default immediately or if his response does not have attached evidence that the payment was in fact timely made, the Court may enter an Order lifting the stay without further notice or a hearing. It is further

**ORDERED** that, subject to the foregoing strict compliance terms, the Motion is **DENIED without prejudice**.

The Clerk's Office is directed to serve a copy of this Order upon the Debtor, counsel for the Movant, the Chapter 13 Trustee, and the United States Trustee.

**[END OF DOCUMENT]**