**IT IS ORDERED as set forth below:**

**Date: September 25, 2026**

**Paul Baisier**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**GREGORY JAMES LATTIMORE,**<br><br>Debtor. | CASE NUMBER<br>**26-60729-PMB**<br><br>CHAPTER 13 |
| **SFR XII ATL OWNER 4 LP,**<br><br>Movant,<br>v.<br><br>**GREGORY JAMES LATTIMORE,**<br><br>Respondent. | CONTESTED MATTER |

**<u>ORDER DENYING MOTION FOR RELIEF FROM STAY</u>**

On September 4, 2026, SFR XII ATL Owner 4 LP (the "<u>Movant</u>") filed a *Motion for Relief from Stay* (Docket No. 24)(the "<u>Motion</u>"). In the Motion, the Movant states that it is the landlord of the above-named debtor (the "<u>Debtor</u>") for the property located at 5418 Milling Court, Powder Springs, Georgia 30127 (the "<u>Property</u>"), and seeks relief from the automatic stay to proceed with

a dispossessory action against the Debtor. The Motion came on for hearing before the Court on September 24, 2026 (the "Hearing"). The Debtor, who is *pro se*, and counsel for the Movant appeared at the Hearing and elaborated their positions. In light of the foregoing, and based on the record, it is hereby

**ORDERED** that the Debtor shall pay the monthly rent for September 2026 on or before **October 1, 2026**. It is further

**ORDERED** that the Debtor shall pay the monthly rent for October 2026 on or before **October 15, 2026**. It is further

**ORDERED** that the Debtor shall make the monthly rent payments under the lease of the Property, commencing with the one due **November 1, 2026**, on or before the first day of each month for a period of twelve (12) months. It is further

**ORDERED** that in the event the Debtor fails to timely make any rent payment as required herein, the Movant may file a Notice of Default based upon such default. It is further

**ORDERED** that upon the filing of such Notice of Default, if the Debtor fails to respond to the Notice of Default immediately or if his response does not have attached evidence that the payment was in fact timely made, the Court may enter an Order lifting the stay without further notice or a hearing. It is further

**ORDERED** that, subject to the foregoing strict compliance terms, the Motion is **DENIED without prejudice**.

The Clerk's Office is directed to serve a copy of this Order upon the Debtor, counsel for the Movant, the Chapter 13 Trustee, and the United States Trustee.

**[END OF DOCUMENT]**

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-60729-pmb
Gregory James Lattimore Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 2
Date Rcvd: Sep 28, 2026 Form ID: pdf401 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: unclegreg103@gmail.com | Sep 28 2026 21:42:00 | Gregory James Lattimore, 5418 Milling Ct, Powder Springs, GA 30127-4751 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 28 2026 21:44:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Matthew Franklin Totten | on behalf of Creditor SFR XII ATL Owner 4 LP mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com |
| Richard B Maner | on behalf of Creditor Bridgecrest Acceptance Corporation rmaner@rbmlegal.com kbloodworth@rbmlegal.com |

TOTAL: 3