**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gregory James Lattimore | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | CASE NO. 26-60729-pmb |
| | ) | CHAPTER 13 |
| | ) | |
| SFR XII ATL OWNER 4, LP | ) | Judge Paul Baisier |
| | ) | |
| Movant. | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| Gregory James Lattimore, Debtor; and | ) | |
| | ) | |
| Melissa J. Davey, Trustee | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**NOTICE OF DEFAULT**

On September 4, 2026, SFR XII ATL Owner 4 LP (hereinafter, “Movant”) filed a Motion For Relief From Automatic Stay (Doc. No. 24) (the “Motion”). The Motion concerns rented real property known as 5418 Milling Ct, Powder Springs, GA 30127 (the "Property"). A hearing on

said Motion was heard on September 24, 2026; at said hearing, this Court entered an Order Denying Motion for Relief From Stay with strict compliance terms (the "Order"). [Doc. 25].

The Order required Debtor to remit the sums owing for monthly rent for September 2026 on or before October 1, 2026 to Movant relating to the Property. Id.

Counsel for Movant states herein that Movant did not receive the sums owing for September 2026, as required by the Order by October 1, 2026; said sum remains outstanding.

Movant herein requests that the provisions of the Order be enforced, with Movant herein entitled to entry of an order lifting the automatic stay pursuant to 11 § U.S.C.A. 362(d) and other relief as requested in its initial Motion [Doc. 24].

Respectfully submitted, this Monday, October 5, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT

**CERTIFICATE OF SERVICE**

This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing ***NOTICE OF DEFAULT*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

Melissa J. Dave
Standing Chapter 13 Trustee
Ste 2250
233 Peachtree St NE
Atlanta, GA 30303

I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

Gregory James Lattimore, *pro se* Debtor
5418 Milling Ct
Powder Springs, GA 30127

Dated: Monday, October 5, 2026.

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT

THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com