**IT IS ORDERED as set forth below:**

**Date: October 6, 2026**

**Paul Baisier**
**U.S. Bankruptcy Court Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Gregory James Lattimore,<br><br>**Debtor**. | CASE NO. 26-60729-pmb<br>CHAPTER 13<br><br>Judge Paul Baisier |
| SFR XII ATL Owner 4 LP<br><br>**Movant**<br><br>v.<br><br>Gregory James Lattimore, Debtor;<br>and Melissa J. Davey, Trustee<br>**Respondents**. | CONTESTED MATTER |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY, STRICT COMPLIANCE**

On September 4, 2026, SFR XII ATL Owner 4 LP (the "Movant") filed a *Motion for Relief from Stay* [Doc. 24](the "Motion"). In the Motion, the Movant states that it is the landlord of the above-named debtor (the "Debtor") for the property located at 5418 Milling Court, Powder Springs, Georgia 30127 (the "Property"), and seeks relief from the automatic stay to proceed with a dispossessory action against the Debtor. The Motion came on for hearing before the Court on

September 24, 2026 (the "Hearing").

After the Hearing, this Court entered its *Order Denying Motion for Relief from Stay*, requiring strict compliance from Debtor (the "Order"). [Doc. 25]. Particularly, Debtor was required pursuant to the Order to remit the monthly rent for September 2026 on or before October 1, 2026, to remit the monthly rent for October 2026 on or before October 15, 2026, and thereafter to resume strict compliance of money owing under the lease for twelve months commencing November 1, 2026.

In the event Debtor failed to timely make the foregoing payments, Movant was authorized by the Order to file a Notice of Default based upon said default; if Debtor failed to respond to the Notice of Default immediately (or failed to attach evidence of having in fact made timely payment as ordered), this Court otherwise is authorized to enter an order lifting the automatic stay without further notice or hearing.

On October 5, 2026, Movant filed its *Notice of Default* (the "Default Motion") [Doc. 27] identifying by way of counsel that Debtor failed to make the monthly payment for September 2026 on or before October 1, 2026. No response has been filed by Debtor in opposition to Movant's Default Motion. It is therefore

**ORDERED** that Movant's Default Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue dispossessory proceedings against Debtor as-available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate. It is further

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action, including to recover possession of the Property, but Movant is not permitted to

pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy. It is further

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(4) is waived to allow Movant to proceed immediately with a dispossessory action.

[**END OF DOCUMENT**]

**Order presented by:**

THE TOTTEN FIRM, LLC

**/s/ Matthew F. Totten**
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

Gregory James Lattimore
5418 Milling Ct
Powder Springs, GA 30127

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-60729-pmb
Gregory James Lattimore Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 1
Date Rcvd: Oct 06, 2026 Form ID: pdf401 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| db | + | Email/PDF: unclegreg103@gmail.com | Oct 06 2026 21:23:00 | Gregory James Lattimore, 5418 Milling Ct, Powder Springs, GA 30127-4751 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Matthew Franklin Totten | on behalf of Creditor SFR XII ATL Owner 4 LP mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com |
| Richard B Maner | on behalf of Creditor Bridgecrest Acceptance Corporation rmaner@rbmlegal.com kbloodworth@rbmlegal.com |

TOTAL: 3