**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Gregory James Lattimore**

Case No.: **26−60729−pmb**
Chapter: **13**

# NOTICE OF DEFICIENCY REGARDING UNPAID FILING FEES

Notice is hereby given that the Debtor or Debtors (hereinafter "Debtor") is in default on the

**final filing fee installment** in this case.

1. Debtor is hereby notified to pay this installment fee within ten days of the entry of this deficiency notice, that is by **October 26, 2026.**

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

**United States Bankruptcy Court**
**1340 Richard Russell Building**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

**For payments made by hand delivery to a divisional office in Atlanta, Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check.**

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online−payments

2. If, by the date(s) set forth above, i) the filing fee installment is not paid in accordance with this deficiency notice; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.

The Clerk will serve this deficiency notice on Debtor, Debtor's Counsel, and Trustee.

Dated: October 15, 2026.

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Form 305f
Modified January 2022

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-60729-pmb
Gregory James Lattimore Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 1
Date Rcvd: Oct 29, 2026 Form ID: 305f Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: unclegreg103@gmail.com | Oct 29 2026 18:39:00 | Gregory James Lattimore, 5418 Milling Ct, Powder Springs, GA 30127-4751 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Matthew Franklin Totten | on behalf of Creditor SFR XII ATL Owner 4 LP mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com |
| Richard B Maner | on behalf of Creditor Bridgecrest Acceptance Corporation rmaner@rbmlegal.com kbloodworth@rbmlegal.com |

TOTAL: 3