**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Gregory James Lattimore**
5418 Milling Ct
Powder Springs, GA 30127

**xxx−xx−1901**

Case No.: **26−60729−pmb**
Chapter: **13**
Judge: **Paul Baisier**

**ORDER OF DISMISSAL**

The Chapter 13 Trustee's objection(s) to confirmation came before the Court and

After hearing and for good cause shown, confirmation is denied, and

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

Paul Baisier

Paul Baisier
United States Bankruptcy Judge

Dated: October 29, 2026

Form 155

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-60729-pmb
Gregory James Lattimore Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 2
Date Rcvd: Oct 29, 2026 Form ID: 155 Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | SFR XII ATL Owner 4 LP, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338, UNITED STATES 30338-4154 |
| 26050914 | + | Invitation Homes Realty, LLC, as Agent for SFR XII ATL Owner $LP, 8601 Dunwoody Place, Suite 520, Sandy Springs, GA 30350-2551 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: unclegreg103@gmail.com | Oct 29 2026 23:19:00 | Gregory James Lattimore, 5418 Milling Ct, Powder Springs, GA 30127-4751 |
| cr | + | EDI: AISACG.COM | Oct 30 2026 02:56:00 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 26054444 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 29 2026 23:22:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 26086265 | + | EDI: AISACG.COM | Oct 30 2026 02:56:00 | Bridgecrest Acceptance Corporation by AIS Portfoli, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 26054451 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 29 2026 23:20:00 | Credit Corp Solutions Inc, 121 W Election Rd, Draper, UT 84020 |
| 26054450 | + | Email/Text: BNKO@cpcrecovery.com | Oct 29 2026 23:22:00 | Central Portfolio Control, 10249 Yellow Circle Dr, Ste 200, Minnetonka, MN 55343-9111 |
| 26054448 | + | EDI: CCS.COM | Oct 30 2026 02:56:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 26095202 | + | Email/Text: gbechakas@outlook.com | Oct 29 2026 23:21:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 26054452 | + | EDI: JEFFERSONCAP.COM | Oct 30 2026 02:56:00 | Jefferson Capital Systems LLC, 200 14th Ave, Stellar, MN 56377-4500 |
| 26054449 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2026 23:23:21 | LVNV Funding LLC, c/o Resurgent Capital Services, Greenville, SC 29602 |
| 26092444 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2026 23:23:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 26092293 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2026 23:23:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 26054446 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2026 23:21:20 | Midland Credit Management Inc, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 26137387 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2026 23:21:01 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 26054445 | + | EDI: AGFINANCE.COM | Oct 30 2026 02:56:00 | One Main Financial, 5886 Wendy Bagwell Pkwy, Hiram, GA 30141-7810 |

| | | | | |
|---|---|---|---|---|
| 26112621 | + | EDI: AGFINANCE.COM | Oct 30 2026 02:56:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 26054447 | | EDI: PRA.COM | Oct 30 2026 02:56:00 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 26069810 | | EDI: Q3G.COM | Oct 30 2026 02:56:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 26116340 | + | Email/Text: bncmail@w-legal.com | Oct 29 2026 23:21:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 26074590 | | Email/Text: bankruptcy@mtabt.org | Oct 29 2026 23:21:00 | Triborough Bridge and Tunnel Authority, 2 Broadway, 24th Floor, New York, NY 10004 |
| 26162692 | + | EDI: AIS.COM | Oct 30 2026 02:56:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 26054453 | + | EDI: VERIZONCOMB.COM | Oct 30 2026 02:56:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Matthew Franklin Totten | on behalf of Creditor SFR XII ATL Owner 4 LP mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com |
| Richard B Maner | on behalf of Creditor Bridgecrest Acceptance Corporation rmaner@rbmlegal.com kbloodworth@rbmlegal.com |

TOTAL: 3